IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ALEFYSH TSMKH SHMW, ) | CIVIL NO. 07-00460 ACK-KSC |
| ) | |
| Plaintiff, ) | FINDINGS AND |
| ) | RECOMMENDATION TO DISMISS |
| vs. ) | CASE WITHOUT PREJUDICE |
| ) | |
| OAHU TRANSIT SERVICES, ) | |
| INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

FINDINGS AND RECOMMENDATION TO
DISMISS CASE WITHOUT PREJUDICE

On December 10, 2007, *pro se* Plaintiff Alefysh Tsmkh Shmw ("Plaintiff") failed to appear at the Rule 16 Scheduling Conference, in violation of Rule 16.2(a) of the Local Rules of Practice of the United States District Court for the District of Hawaii ("Local Rules"). On December 11, 2007, the Court issued an Order to Show Cause ("OSC"), wherein the Court ordered Plaintiff to appear on January 11, 2008 to show cause why sanctions should not be imposed for his failure to serve the Complaint, his failure to file a Rule 16

Scheduling Conference Statement, and for failure to appear at the Rule 16 Scheduling Conference.  The Court further warned Plaintiff that his failure to comply with the Local Rules could result in the imposition of sanctions, including but not limited to dismissal.

On January 11, 2008, Plaintiff failed to appear for the OSC hearing.  There being no appearance, communication, or objection by Plaintiff, the Court HEREBY FINDS and RECOMMENDS that the district court DISMISS the case WITHOUT PREJUDICE.

IT IS SO FOUND AND RECOMMENDED.

Dated:  Honolulu, Hawaii, January 11, 2008.



_____
Kevin S.C. Chang
United States Magistrate Judge

CIVIL NO. 07-00460 ACK-KSC; SHMW V. OAHU TRANSIT SERVICES, INC.; FINDINGS AND RECOMMENDATION TO DISMISS CASE WITHOUT PREJUDICE