IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| ALEFYSH TSMKH SHMW, | ) | CIVIL NO. 07-00460 ACK-KSC |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| OAHU TRANSIT SERVICES, INC., | ) | |
| | ) | |
| Defendant(s). | ) | |
| _____ | ) | |

ORDER ADOPTING MAGISTRATE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties

on January 11, 2008, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28,

United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and

Recommendation To Dismiss Case Without Prejudice" are adopted as the opinion

and order of this Court.

IT IS SO ORDERED.

Dated: Honolulu, Hawaii, January 30, 2008



_____
Alan C. Kay
Sr. United States District Judge